# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2019

SEAN F. McAVOY, CLERK

REGINALD BELL, SR.,

*Plaintiff*

v.                                                    Civil Action No.   4:18-cv-05186-SAB

JOHN TURNER, BARBARA MINOR and
RICHARD JOHNSON,

*Defendants*

)
)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Petition is DISMISSED for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        Stanley A Bastian

Date:   April 22, 2019                                    *CLERK OF COURT*

                                                          SEAN F. McAVOY

                                                          s/ Angela Noel
                                                          *(By) Deputy Clerk*

                                                          Angela Noel